## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CPI CARD GROUP- NEVADA, INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO.** |
| **TRAFFIC JAM EVENTS, LLC** | |

## COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, CPI Card Group – Nevada, Inc., which, for its complaint against Defendant, Traffic Jam Events, LLC, alleges as follows:

1.

Plaintiff, CPI Card Group – Nevada, Inc. ("CPI"), is a corporation organized under the laws of the State of California, with its principal place of business located in the State of Nevada.

2.

Defendant, Traffic Jam Events, LLC ("Traffic Jam"), is a limited liability company organized under the laws of, and with its principal place of business located, in the State of Louisiana. David Jeansonne II and Kymberly Proccaino, on information and belief Traffic Jam's only two members, are both citizens of the State of Louisiana.

3.

The Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332 in that the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and complete diversity exists between plaintiff and defendant.

4.

Venue is appropriate in this district pursuant to 28 U.S.C. § 1391(a) in that the only defendant resides within this district.

5.

During the latter portion of 2010, Traffic Jam ordered a total of 3,440,000 printed plastic cards from CPI, which delivered the cards to Traffic Jam in accordance with the order.

6.

On December 9, 2010, CPI sent Traffic Jam an invoice for 40,000 of the cards in the amount of $2,872.78.  The December 9, 2010 invoice is attached as **Exhibit A.**

7.

On December 20, 2010, CPI sent Traffic Jam an invoice for 2,400,000 of the cards in the amount of $88,500.00.  The December 20, 2010 invoice is attached as **Exhibit B.**

8.

On January 7, 2011, CPI sent Traffic Jam an invoice for the final 1,000,000 of the cards in the amount of $37,189.51.  The January 7, 2011 invoice is attached as **Exhibit C.**

9.

In the months following delivery of both the cards and CPI's invoices, Traffic Jam failed to remit payment to CPI.

10.

Consequently, on June 2, 2011, CPI sent a letter to Traffic Jam demanding that Traffic Jam remit full payment to CPI on the outstanding invoices in the amount of $127,972.02.  The June 2, 2011 letter is attached as **Exhibit D.**

11.

To date and despite the June 2, 2011 letter, Traffic Jam has failed to remit any payment to CPI on the three invoices.

12.

As a result of Traffic Jam's non-payment, Traffic Jam is liable to CPI for the entire principal balance of $127,972.02, together with CPI's reasonable attorneys' fees for the prosecution and collection of its claim, legal interest from the date of each invoice, and all applicable court costs, as provided in Louisiana Revised Statute § 9:2781.

**WHEREFORE,** Plaintiff, CPI Card Group – Nevada, Inc., respectfully prays that, after due proceedings are had, this Honorable Court enter judgment in its favor and against Defendant, Traffic Jam Events, LLC, for $127,972.02, plus interest from the date of each outstanding invoice, all reasonable attorneys' fees incurred in connection with the collection of this claim, all court costs, and all other appropriate legal and equitable relief to which CPI may be entitled under the law.

**Respectfully submitted,**

**STEEG LAW FIRM, LLC**

/s/ Charles L. Stern, Jr.
**CHARLES L. STERN, JR. (12451) (T.A.)**
**DANIELLE C. BABASHOFF (31026)**
**MARGARET V. GLASS (33855)**
**201 St. Charles Avenue; Suite 3201**
**New Orleans, LA 70170**
**Telephone: 504-582-1199**
**Facsimile: 504-582-1240**
**E-mail: cstern@steeglaw.com**
**         mglass@steeglaw.com**

**Attorneys for CPI Card Group-Nevada, Inc.**

**Service will be via Waiver**