# Jim Whelan

| | |
|---|---|
| From: | Todd Deaton [todd@deatons.com] |
| Sent: | Friday, April 01, 2011 11:08 AM |
| To: | jimw@platinumplusprinting.com |
| Subject: | RE: Horizon parts order for Machine #2 and #5 |
| Attachments: | Platnum Mach#2.pdf; Platnum Mach#5.pdf |

Hi Jim,

I have submitted the order and I'm waiting to hear back on status. I have attached the invoices for each order and you will see the discount of 5% as I stated. I left out the (rail, upper and lower card transport) because we needed clarification from Jeff and Tony to make sure which ones they needed. I have a call into Jeff now. If there is anyone else we could contact please let us know.

Please email approval of these invoices. As soon as I have status on the order I will contact you to setup delivery or pickup.

For your reference here is the location if you ever want to pick up parts after the order has been placed. You will always confirm with us on order status.

NBS Technologies, 10925 Bren Road East, Minnetonka, MN 55343


Take care and thank you for the business.

*Todd Deaton*



*Powered By Service Driven By Values*
510 25th Ave No Ste 5B
St. Cloud, MN 56303
Office (320) 259-1360 x 114
Cell (320) 250-5862
Fax (320) 259-0526
todd@deatons.com

CONFIDENTIALITY NOTICE: This email, including any attachments, contains information from Deaton's Mailing Systems, Inc., which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this email in error, please notify the sender immediately by "reply to sender only" message and destroy all electronic and hard copies of the communication, including attachments.

---

**From:** jimw@platinumplusprinting.com [mailto:jimw@platinumplusprinting.com]
**Sent:** Thursday, March 31, 2011 2:14 PM
**To:** todd@deatons.com
**Subject:** Fwd: Horizon parts order for Machine #5

1

Jim Whelan
Operations Manager
877.846.5159
www.PlatinumPlusPrinting.com

-----Original Message-----
**From:** John Hissong [mailto:jphissong@gmail.com]
**Sent:** Thursday, March 17, 2011 03:25 PM
**To:** 'jimw'
**Subject:** Horizon parts order for Machine #5

Hi Jim,

Machine #5 is down because I do not have parts to fix the tipper module or the emboss modules.

Please place an order for the following parts so I can get his machine working again:

| Part Number | Part Description | Quantity Needed |
|---|---|---|
| 4727 | lever | 1 |
| 4734 | eccentric shaft | 1 |
| 4977 | gap slide | 2 |
| 6611 | drum | 1 |
| 7719 | roller | 1 |
| 8199 | clapper | 2 |
| 4497 | felt washer | 5 |
| 4914 | bell crank | 1 |
| 4744 | stud, actuator | 1 |
| 7144 | belt, foil take-up | 1 |
| 4794 | roller, foil sensor | 1 |

Thanks,

    John



# Deaton's Mailing Systems, Inc.
★★★★★★★★★★★

DMSE INC.
510 25TH AVE N
SUITE 5B
ST CLOUD, MN 56303

Voice: 320-259-1360
Fax: 320-259-0526

Duplicate

# Invoice

Invoice Number:
**35917**

Invoice Date:
Apr 1, 2011

Page:
1

**Sold To:** PLATINUM PLUS PRINTING
400 CONGRESS ST W
MAPLE LAKE, MN 55358

**Ship to:**

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| PLATINUMP | PER JIM WHELAN | Net 15 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| LISA | Spee-Dee | | 4/16/11 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 2.00 | PMISC | 3167 SPRING WASHER | 0.50 | 1.00 |
| 2.00 | PMISC | 3168 CRESCENT WASHER | 0.50 | 1.00 |
| 10.00 | PMISC | 4497 FELT WASHER | 2.00 | 20.00 |
| 1.00 | PMISC | 4738 PLATE & BEARING ASSY | 44.67 | 44.67 |
| 8.00 | PMISC | 4710 SPACER, TYPEWHEEL | 2.19 | 17.52 |
| 1.00 | PMISC | 4730 LINK, SHORT TOGGLE | 85.94 | 85.94 |
| 1.00 | PMISC | 4733 LINK, LONG TOGGLE | 93.75 | 93.75 |
| 1.00 | PMISC | 4734 ECCENTRIC SHAFT | 157.81 | 157.81 |
| 1.00 | PMISC | 4736 BUSHING PLATE ASSY | 60.11 | 60.11 |
| 2.00 | PMISC | 4744 STUD ACTUATOR | 24.69 | 49.38 |
| 1.00 | PMISC | 4815 ENTRAPMENT BAND | 184.14 | 184.14 |
| 2.00 | PMISC | 4914 BELL CRANK ASSY | 96.06 | 192.12 |
| 2.00 | PMISC | 4977 GAP SLIDE | 82.23 | 164.46 |
| 1.00 | PMISC | 6223 THRUST RING SHAFT | 10.94 | 10.94 |
| 2.00 | PMISC | 7104 STUD | 27.50 | 55.00 |
| 4.00 | PMISC | 7240 SPRING, EXTENSION | 23.13 | 92.52 |
| 2.00 | PMISC | 7344 CARD CARRIAGE ASSY | 1,409.36 | 2,818.72 |
| 1.00 | PMISC | 7384 MOTOR Y-AXIS | 1,289.24 | 1,289.24 |
| 1.00 | PMISC | 7385 MOTOR, X-AXIS | 1,175.49 | 1,175.49 |
| 1.00 | PMISC | 7665 MOTOR, TYPEWHEEL | 3,096.13 | 3,096.13 |
| 4.00 | PMISC | 7719 ROLLER ASSY | 126.77 | 507.08 |





| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Freight | |
| Total Invoice Amount | Continued |
| Payment/Credit Applied | |
| **TOTAL** | **Continued** |



**Deaton's**
Mailing Systems, Inc.
★ ★ ★ ★ ★ ★ ★ ★ ★ ★

DMSE INC.
510 25TH AVE N
SUITE 5B
ST CLOUD, MN 56303
Voice: 320-259-1360
Fax: 320-259-0526

# Invoice

Invoice Number:
**35917**
Invoice Date:
Apr 1, 2011

Page:
2

Duplicate

Sold To: PLATINUM PLUS PRINTING
400 CONGRESS ST W
MAPLE LAKE, MN 55358

Ship to:

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| PLATINUMP | PER JIM WHELAN | Net 15 Days |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| LISA | Spee-Dee | | 4/16/11 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 2.00 | PMISC | 8199 CLAPPER | 161.96 | 323.92 |
| 4.00 | PMISC | 3732-27 SPRING, EXTENSION | 6.69 | 26.76 |
| 3.00 | PMISC | CLAMP, SPLIT HUB | 33.06 | 99.18 |
| 1.00 | PMISC | 5058-01 RAM PIN UPPER | 81.22 | 81.22 |
| 1.00 | PMISC | 5058-02 RAM PIN, UPPER | 81.22 | 81.22 |
| 2.00 | PMISC | 6340-10 E-RING | 0.50 | 1.00 |
| 4.00 | PMISC | 7113-01 FLAT WASHER | 19.79 | 79.16 |
| 4.00 | PMISC | 7113-02 FLAT WASHER | 19.79 | 79.16 |
| 2.00 | PMISC | 7141-01 ENCODER, X & Y AXIS MOTOR | 694.01 | 1,388.02 |
| 1.00 | PMISC | 7486-06 MOTOR, CARD TRANSPORT | 253.62 | 253.62 |
| 1.00 | PMISC | 8200-01 INTERPOSER ASSY | 75.03 | 75.03 |
| | | _____PICKER MODULE_____ | | |
| 4.00 | PMISC | 5669 DRUM ASSY. DRIVE PULLEY | 43.75 | 175.00 |
| 4.00 | PMISC | 7327 PINCH ROLLER | 108.94 | 435.76 |
| 1.00 | PMISC | 7489 PINCH ROLLER BLOCK | 210.70 | 210.70 |
| 1.00 | PMISC | 7506-02 MOTOR, HOPPER 2 | 356.22 | 356.22 |
| | | _____TIPPER MODULE_____ | | |
| 1.00 | PMISC | 4261 BELT, MOTOR TOPPER | 32.67 | 32.67 |
| 3.00 | PMISC | 4795 FOIL ROLLER | 34.38 | 103.14 |
| 2.00 | PMISC | 6611 DRUM ASSY | 58.13 | 116.26 |
| 1.00 | PMISC | 7144 BELT, FOIL TAKE-UP MOTOR | 19.13 | 19.13 |

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Freight | |
| Total Invoice Amount | Continued |
| Payment/Credit Applied | |
| **TOTAL** | **Continued** |



# Deaton's
## Mailing Systems, Inc.
**\* \* \* \* \* \* \* \* \* \* \***

DMSE INC.
510 25TH AVE N
SUITE 5B
ST CLOUD, MN 56303

Voice: 320-259-1360
Fax: 320-259-0526

Duplicate

# Invoice

Invoice Number:
**35917**

Invoice Date:
Apr 1, 2011

Page:
3

Sold To: PLATINUM PLUS PRINTING
400 CONGRESS ST W
MAPLE LAKE, MN 55358

Ship to:

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| PLATINUMP | PER JIM WHELAN | Net 15 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| LISA | Spee-Dee | | 4/16/11 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | PMISC | 7486-01 MOTOR, CARD CARRIAGE | 248.31 | 248.31 |
| 2.00 | PMISC | 7718 ROLLER ASSY | 132.85 | 265.70 |
| 1.00 | PMISC | 9629 TIPPING PLATE | 222.90 | 222.90 |
| | | _____STACKER MODULE_____ | | |
| 1.00 | PMISC | 5627 PLATE, SIDE | 109.38 | 109.38 |
| 2.00 | PMISC | 6611 DRUM ASSY | 58.13 | 116.26 |
| 1.00 | PMISC | 7111 CODE WHEEL | 103.13 | 103.13 |
| 1.00 | PMISC | 7183 BELT, CARD DRIVE | 11.60 | 11.60 |
| 2.00 | PMISC | 7719 ROLLER ASSY | 126.77 | 253.54 |
| 1.00 | PMISC | 10934-01 POWER SUPPLY, FIELD UPGRADE KIT | 366.97 | 366.97 |
| 2.00 | PMISC | 3732-27 SPRING, EXTENSION | 6.69 | 13.38 |
| 1.00 | PMISC | 7486-07 MOTOR, CARRIAGE ADVANCE | 248.31 | 248.31 |
| | | ************************************************** | | |
| | | CUSTOMER WILL RECEIVE A 5% DISCOUNT OFF THE TOTAL BILL IF PAID WHEN DELIVERED OR PICKED UP. THANK YOU! | | -800.68 |




| | |
|---|---|
| Subtotal | 15,212.99 |
| Sales Tax | 1,045.89 |
| Freight | |
| Total Invoice Amount | 16,258.88 |
| Payment/Credit Applied | |
| **TOTAL** | **16,258.88** |



**Deaton's Mailing Systems, Inc.**
★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★

DMSE INC.
510 25TH AVE N
SUITE 5B
ST CLOUD, MN 56303

Voice: 320-259-1360
Fax: 320-259-0526

# Invoice

Invoice Number:
**35918**

Invoice Date:
Apr 1, 2011

Page:
1

Duplicate

Sold To: PLATINUM PLUS PRINTING
400 CONGRESS ST W
MAPLE LAKE, MN 55358

Ship to:

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| PLATINUMP | PER BILL WHELAN | Net 15 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| LISA | Spee-Dee | | 4/16/11 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | PMISC | 4727 LEVER | 404.94 | 404.94 |
| 1.00 | PMISC | 4734 ECCENTRIC SHAFT | 157.81 | 157.81 |
| 2.00 | PMISC | 4977 GAP SLIDE | 82.23 | 164.46 |
| 1.00 | PMISC | 6611 DRUM | 58.13 | 58.13 |
| 1.00 | PMISC | 7719 ROLLER | 126.77 | 126.77 |
| 2.00 | PMISC | 8199 CLAPPER | 161.96 | 323.92 |
| 5.00 | PMISC | 4497 FELT WASHER | 2.00 | 10.00 |
| 1.00 | PMISC | 4914 BELL CRANK | 96.06 | 96.06 |
| 1.00 | PMISC | 4744 STUD, ACTUATOR | 24.69 | 24.69 |
| 1.00 | PMISC | 7144 BELT, FOIL TAKE-UP | 19.13 | 19.13 |
| 1.00 | PMISC | 4794 ROLLER, FOIL SENSOR | 34.06 | 34.06 |
| | | CUSTOMER WILL RECEIVE A 5% DISCOUNT OFF THE TOTAL BILL IF PAID WHEN DELIVERED OR PICKED UP. THANK YOU! | | -71.00 |




| | |
|---|---:|
| Subtotal | 1,348.97 |
| Sales Tax | 92.74 |
| Freight | |
| Total Invoice Amount | 1,441.71 |
| Payment/Credit Applied | |
| **TOTAL** | **1,441.71** |

# Jim Whelan

| | |
|---|---|
| **From:** | jimw@platinumplusprinting.com |
| **Sent:** | Monday, April 11, 2011 3:19 PM |
| **To:** | todd@deatons.com |
| **Subject:** | Additional parts |
| **Attachments:** | Parts Needed for the Down & Limping Embossers.docx |

Todd,

    Here are some additional parts needed for spares and some other machines. thanks for the help

Jim Whelan
Operations Manager
877.846.5159
www.PlatinumPlusPrinting.com

| Part Number | Part Description | Quantity | Price |
| --- | --- | --- | --- |
| 4261 | belt, ram motor drive | 1 | $32.67 |
| 4497 | felt washer | 10 | $2.00 |
| 4727 | lever | 1 | $404.94 |
| 4730 | link, short toggle | 1 | $85.94 |
| 4733 | link, long toggle | 1 | $93.75 |
| 4734 | eccentric shaft | 3 | $157.81 |
| 4744 | stud actuator | 1 | $24.69 |
| 4914 | bell crank ay. | 3 | $96.06 |
| 4965 | link attachment ay. | 1 | $104.14 |
| 4977 | gap slide | 4 | $82.23 |
| 6611 | drum ay. | 4 | $58.13 |
| 7036 | block, card pick support | 2 | $321.81 |
| 7144 | belt, foil take-up | 1 | $19.13 |
| 7719 | roller ay. | 4 | $126.77 |
| 6749-01 | element, heating | 2 | $142.69 |
| 5895 | type blank | 8 | $1.05 |

If check is issued upon parts delivery then take a 5% discount.

Thanks

# Jim Whelan

**From:** John Hissong [jphissong@gmail.com]
**Sent:** Tuesday, June 07, 2011 12:28 PM
**To:** jimw
**Subject:** Tipper parts for machine #1

Hi Jim,

We had a tipper module on machine #1 go down last night. These are parts I have never ordered before so we do not have any odf them in stock.

Please order for us from Deaton's the following parts:

| Pt # | Descrption | Quantity |
|------|------------|----------|
| 2311 | motor | 1 |
| 4965 | link | 1 |
| 4207 | crankshaft asy. | 1 |
| 1822 | felt washer | 2 |

Thanks,

    John

# Jim Whelan

**From:** John Hissong [jphissong@gmail.com]
**Sent:** Thursday, August 18, 2011 10:53 AM
**To:** jimw
**Subject:** Embosser parts order
**Attachments:** Embosser parts order 8-18-11 no prices.xlsx; Embosser parts order 8-18-11.xlsx

Hi Jim,

I don't know if the last parts order I requested was placed or not. I have not seen anything come from Deaton's so I suspect the order was not placed. I suspect that I went over the budget again or that you never received it.

I have scaled the order back a bit but this parts order is rather high, too, but I do have eight of the nine machines running (seven of them with both emboss modules enabled) as of last night. With the parts from this order I can continue to keep those machines running and get started on the last machine.

The last machine I need to get running will probably get expensive to fix, though. It is going to require replacing the typewheels that hold the individual type characters. In this machine the typewheels are cracked which causes the characters to move as they are being struck. This causes the character to make an emboss that is hard to read and produces an inferior looking card. Each emboss module has two typewheels and I may need to replace all four of the wheels.

    John

| Part Number | Description | Quantity | price each | Line total |
|---|---|---|---|---|
| 4261 | belt, ram motor | 2 | $15.37 | $30.74 |
| 4727 | lever | 1 | $404.94 | $404.94 |
| 4734 | eccentric shaft | 2 | $157.81 | $315.62 |
| 4736 | bushing ay., bearing | 1 | $60.11 | $60.11 |
| 4738 | plate ay., bearing | 1 | $44.67 | $44.67 |
| 4795 | roller, foil | 3 | $34.38 | $103.14 |
| 4914 | bell crank | 2 | $96.06 | $192.12 |
| 4937 | plate bearing, foil roller | 3 | $17.17 | $51.51 |
| 4965 | link | 2 | $104.14 | $208.28 |
| 4977 | gap slide | 3 | $82.23 | $246.69 |
| 6611 | drum | 10 | $58.13 | $581.30 |
| 7042 | slide picker | 1 | $166.94 | $166.94 |
| 7144 | belt, foil take-up | 3 | $19.13 | $57.39 |
| 7152 | pulley, foil motor drive | 2 | $25.50 | $51.00 |
| 7240 | bracket spring | 6 | $23.13 | $138.78 |
| 7719 | roller ay. | 4 | $126.77 | $507.08 |
| 8199 | clapper | 2 | $161.96 | $323.92 |
| 2450-16 | sensor, motor shutter | 2 | $50.00 | $100.00 |
| 3705-07 | O-ring belt | 4 | $4.15 | $16.60 |
| 3732-27 | spring extension | 6 | $6.69 | $40.14 |
| 2311 (new PN. 13434-04) | motor, tipper ram drive | 1 | $420.00 | $420.00 |
| 7486-06 | motor, card transport | 2 | $252.06 | $504.12 |
| total | | | | $4,565.09 |

# Jim Whelan

| | |
|---|---|
| **From:** | John Hissong [jphissong@gmail.com] |
| **Sent:** | Monday, October 10, 2011 10:50 AM |
| **To:** | Mike Heinen |
| **Cc:** | jimw; joer |
| **Subject:** | Horizon parts order 10-10-2011 |
| **Attachments:** | Emboss parts order 10-10-2011 NP.xlsx |

Hi Mike,

Please see the attached file and send us a price quote for the parts listed.

There is also a question on the file about the correct type wheel encoder. There a few listed and I do not which one we need for the machines we have. I am hoping you will know.

Thanks,

    John


400 Congress Street West
Maple Lake, MN 55358

# Purchase Order

| Date | P.O. No. |
|---|---|
| 10/11/2011 | P1086 |

| Vendor |
|---|
| Deaton's Mailing System<br>510 25th Ave N.<br>Suite 5B<br>St Cloud, MN 56303<br>USA |

| Ship To |
|---|
| Platinum Plus Printing, LLC<br>400 Congress Street West<br>Maple Lake, MN 55358 |

| Requested by | Pay By |
|---|---|
|  |  |

| Item | Description | Qty | Rate | Amount |
|---|---|---:|---:|---:|
| 4497 | Felt Washer | 2 | 20.00 | 40.00 |
| 4744 | Stud Actuator | 2 | 24.69 | 49.38 |
| 4976 | X-axis Pulley & Cable Assy. | 2 | 161.64 | 323.28 |
| 4977 | Gap Slide | 3 | 82.23 | 246.69 |
| 6611 | Drum | 10 | 58.13 | 581.30 |
| 7367 | Card Carriage Sub-Assy | 2 | 483.01 | 966.02 |
| 8198 | Bobbin Bracket Assy. | 3 | 171.53 | 514.59 |
| 8199 | Clapper | 2 | 161.96 | 323.92 |
| 9629 | Tipping Plate | 1 | 222.90 | 222.90 |
| 5058-01 | Ram Pin, Upper | 1 | 81.22 | 81.22 |
| 5058-02 | Ram Pin, Lower | 1 | 81.22 | 81.22 |
| 6338-04 | Grip Ring | 10 | 0.50 | 5.00 |
| 6749-01 | Tipper Heater | 1 | 142.69 | 142.69 |
| 6881-25 | Dowel .25 x1.25 | 6 | 0.50 | 3.00 |
| 6881-26 | Dowel .25 x 1.5 | 6 | 0.50 | 3.00 |
| 6881-27 | Dowel .25 x 1.75 | 6 | 0.50 | 3.00 |
|  | Type Wheel Encoder (1)<br>I see three listings for the encoder that attaches to the type wheel motor. Could you tell me which one I need for our machines?<br>#2501 encoder type wheel-100 pulse<br>#2501-01 encoder type whell-100 pulse custom or<br>#2504 encoder type wheel #CP-200-100? |  |  |  |

**Total**   $3,587.21