UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

**CPI CARD GROUP-NEVADA, INC.**      *      **CIVIL ACTION**

**VERSUS**                           *      **NO.11-2873-SSV/KWR**

**TRAFFIC JAM EVENTS, LLC**          *

                                     *

\*   \*   \*   \*   \*   \*   \*   \*

**MOTION FOR LEAVE TO FILE
MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR
REASONABLE ATTORNEY'S FEES AND COURT COSTS**

**NOW INTO COURT,** through undersigned counsel, comes the defendant, Traffic Jam Events, LLC, (hereinafter referred to as "Traffic Jam"), and moves this Court for leave to file a Memorandum in Opposition to plaintiff's Motion for Reasonable Attorney's Fees and Court Costs.  Alternatively, if this Honorable Court denies this Motion, defendant requests that the Court still conduct an analysis of the documents that were provided, by plaintiff, with its Motion for Reasonable Attorney's Fees and Court Costs, and determine a reasonable amount to award the plaintiff.

"Excusable neglect" may encompass delays "caused by inadvertence, mistake, or carelessness," LoSacco v. City of Middletown, 71 F.3d 88, 93 (2d Cir. 1995) *citing Pioneer Inv. Servs. Co. v. Brunswick Assocs.,* 507 U.S. 380, 392, 113 S.Ct. 1489, 1496, 123 L.Ed.2d 74 (1993).  In determining whether "excusable neglect" exists, the Court should evaluate whether the delay was long; whether bad faith exits; whether there is any prejudice to the opposing party; and whether the movant's excuse has some merit.  *Id*.  In this case, defendant's delay was six days.  Defendant was not in bad-faith when it filed its Memorandum.  Defendant was not seeking

an unjust advantage by filing the Memorandum late.  Plaintiff was not prejudiced by the untimely filing, as the Memorandum simply alerts the Court as to the law surrounding awards for attorney's fees, and requests a reasonable award to be granted. Therefore, defendant respectfully request leave of Court to file the attached Memorandum in Opposition.  Alternatively, if this Motion is denied, defendant respectfully requests that this Honorable Court analyze the "billing" of plaintiff's counsel, and award an amount that is reasonable.  As evidenced in <u>Olsen Sec. Corp. v. RLI Mt. Hawley Ins. Co.</u>, CIV.A. 07-6932, 2009 WL 363328 (E.D. La. Feb. 11, 2009), even if a Motion for Attorney's Fees is unopposed, the Court may still conduct an analysis regarding the reasonableness of the fees to be awarded.

WHEREFORE, defendant, Traffic Jam, respectfully request that the Court grant them leave to file the attached Memorandum in Opposition  to Plaintiff's Motion for Reasonable Attorney's Fees and Court Costs; and, in the alternative, that this Honorable Court evaluate the plaintiff's Motion and attached documents and award an amount that is reasonable.

Respectfully submitted,

<u>s/Stephen M. Petit, Jr.</u>
Stephen M. Petit, Jr.29381
Brittany R. Bonnaffons, 32663
4323 Division Street
Suite 107
Metairie, La. 70002
504-733-0366

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that a copy of the above has been served on all counsel of record, or unrepresented parties, this 23 day of January, 2013 via US mail, facsimile, and/or electronic delivery.

*s/Stephen M. Petit, Jr.*
Stephen M. Petit, Jr.