UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CPI CARD GROUP-NEVADA, INC.                       CIVIL ACTION

VERSUS                                            NO: 11-2873

TRAFFIC JAM EVENTS, LLC                           SECTION: R(4)

**ORDER**

The Court, finding that as of this date neither party has filed any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and adopts it as its opinion.[1]

New Orleans, Louisiana, this 11th day of July, 2013.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 57.